RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

JERRY WAYNE RUMPH
#283981
2101 FM 369 North
Iowa Park, Tex. 76367

(August 11th, 2015)

Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station          RE: WR-10,359-35
Austin, Texas 78711

Dear Clerk:

On this 11th day of August, 2015, i received the Card you sent me informing me of the Court dismissal of my writ of Habeas Corpus filed under Writ Number 10,359-36, and i thank you of your informative.

However, to my knowledge, i still have standing, my writ of Habeas Corpus filed under Writ Number WR-10,359-35, the above WR-No.

If by Chance the Court has reach its determination regarding the Writ of Habeas Courps filed under the above Writ Number, i have not been informed of Such determination. Therefor, would you please be so kind and informe me of the Status of my writ filed under the above Writ number?

Thanking you so very much for your time and assistance in this Matter.

Thank you,

Jerry Wayne Rumph